IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00051-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

EUSTAQUIO POOL-VARGUEZ,

      Defendant.

_____

ORDER
_____

As set forth on the record at the hearing held on July 27, 2007, IT IS HEREBY ORDERED as follows:

1. The Motion to Withdraw of Paula M. Ray and Nicholas J. Athanasiou [Doc # 29] is GRANTED.

2. The Court recognizes the entry of appearance by Lester Nieves on behalf of Defendant.

3. Defendant's response to the pre-sentence report is due on or before August 10, 2007.

4. A sentencing hearing is scheduled for August 22, 2007 at 3:00 p.m.

Dated: July  27 , 2007 in Denver, Colorado.

                                                  BY THE COURT:

                                                    s/Lewis T. Babcock
                                                  LEWIS T. BABCOCK, JUDGE